TIMOTHY S. CORY, ESQ.
Nevada Bar No. 1972
JASON C. FARRINGTON, ESQ.                    Efiled: 1/10/2011
Nevada Bar No. 8063
**TIMOTHY S. CORY & ASSOCIATES**
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone (702) 388-1996
tim.cory@corylaw.us

Attorneys for the Trustee

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| **IN RE:** | **CHAPTER 7 BANKRUPTCY** |
| **MCDONALD, MICHAEL JAMES** | **Case No. BK-S-09-19000-LBR** |
| | **DATE: February 10, 2011** |
| | **TIME:   11:00 AM** |
| **Debtor.** | |

### TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING THE SALE OF NON EXEMPT PROPERTY OF THE ESTATE,  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF AND PROPOSED ORDER.

William A. Leonard, Jr., the duly appointed Chapter 7 Trustee (the "Trustee"), by and

though his counsel, Timothy S. Cory & Associates, hereby moves this Court for an order

approving the sale of the estate's interest in non-exempt property, pursuant to 11 U.S.C.

§363(f).

This motion is made and based upon the attached Points and Authorities, the papers and

pleadings on file herein and any oral argument that the Court may entertain at the time of any

hearing on this motion.

Dated: January 10, 2011                    _/s/ Timothy S. Cory_____
                                           TIMOTHY S. CORY, ESQ.
                                           Attorneys for the Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES AND TERMS OF PROPOSED SALE**

The Trustee wishes to sell the estate's interest in the following property:

FN HERSTAL FNH 5.7X28 CAL PISTOL
FN HERSTAL FNH 5.7X28 CAL PISTOL
HK USP 9MM PISTOL
DESERT EAGLE 50CAL PISTOL
GLOCK 27 40CAL PISTOL
WALTHER PPK/S 380 CAL PISTOL
S&W MODEL 18-7 357MAG REVOLVER
GLOCK 20 10MM PISTOL
GLOCK 29 10MM PISTOL
GLOCK 21 45CAL PISTOL
GLOCK 30 45CAL PISTOL
GLOCK 26 9MM PISTOL
GLOCK 36 45 CAL PISTOL
COLT M1991A1 45CAL PISTOL
BERETTA 92FS 9MM PISTOL
BERETTA 950 25CAL PISTOL
GERMAN 380CAL PISTOL
KELTEC 223CAL PLR-14 PISTOL
INGRAM MAC-10 9MM FULL AUTO PISTOL
INGRAM MAC-10 9MM FULL AUTO PISTOL
MOSSBERT 590 12GA SHOTGUN 14"BARREL CLASSIII
BOWERS CAC9 9MM SUPPRESSOR
BOWERS CAC9 9MM SUPPRESSOR
1981 Chevrolet Pick-up
1989 Chevrolet Corvette
2000 Harley Davidson Fatboy
2007 GMC Denali (non exempt portion)

The property is to be sold pursuant to this Motion. The total appraised value of these assets is $62,865.00, attached hereto as Exhibit "A" are the appraisal preformed by Daniel C. Watson of DWDW, Inc. After the Debtor's claimed exemptions the value of these assets is reduced to $35,865.00, attached hereto as Exhibit "B" is the debtor's Schedule C. Trustee desires to sell the estate's interest in this certain property back to the Debtor, for the total amount of THIRTY THOUSAND AND 00/100 DOLLARS ($30,000.00), all of which is in the Trustee's possession. Debtor/Buyer, shall be responsible to indemnify for and arrange for preparation of

all documents necessary for the transfer of interest.  The Debtor/Buyer is acquiring the estate's interest, subject to all liens and encumbrances and shall be responsible therefore.  Upon approval of this Motion, Trustee shall execute any and all documents required to pass said property interest to the buyer.

Trustee prefers to sell the nonexempt assets back to the Debtor to avoid the effort to market said property and avoid the fees, costs and commissions of an Auctioneer or other third party, which would burden the estate.  If the Trustee were to pursue to market the non exempt assets it would cost the estate additional fees and expenses.  This would result in a decreased net recovery for creditors.

Trustee recommends the proposed sale and manner of sale inasmuch as the amount received from the proposed sale is believed to be in excess of any amount the estate would receive by means of any alternative sale.

## **LEGAL DISCUSSION**

Authority for the sale of property outside of the ordinary course of business, free and clear of liens and encumbrances, as set forth in 11 U.S.C. § 363, which provides in pertinent part:

> (f)    The trustee may sell property under subsection (b) or (c) of this section, free and clear of any interest in such property of an entity other than the estate only if –
>
> a)applicable nonbankruptcy law permits sale of such property free and clear of such interest;
>
> b)such entity consents;
>
> c)such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
>
> d)such interest is in bona fide dispute; or

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

        e)such entity could be compelled, in a legal or equitable proceeding, to

accept a money satisfaction of such interest.

        (See also <u>In Re: Gerwer</u>, 898 F. 2d 730 (9th Cir. 1990)

        The Trustee also seeks authorization to execute any and all documents required to pass the

registration of the subject property to the purchaser.

        11 U.S.C. §363(b)(1) authorizes the Trustee to sell property of the estate, after notice and

a hearing.

        WHEREFORE, the Trustee hereby moves this Court for approval of this sale on the terms

set forth herein, for any other relief the Court deems just and proper.


        DATED: January 10, 2011

                                            /s/ Timothy S. Cory
                                           Timothy S. Cory
                                           Timothy S. Cory & Associates
                                           Attorneys for the Trustee

- 4 -

*Proposed Order*

TIMOTHY S. CORY, ESQ.
Nevada Bar No. 1972
JASON C. FARRINGTON, ESQ.
Nevada Bar No. 8063
**TIMOTHY S. CORY & ASSOCIATES**
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone (702) 388-1996
tim.cory@corylaw.us
Attorneys for the Trustee

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | **BK-S-09-19000-LBR** |
| | Chapter 7 |
| **MCDONALD, MICHAEL JAMES** | |
| | |
| | Date: February 10, 2011 |
| Debtor. | Time: 11:00 a.m. |

**ORDER GRANTING TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING THE
SALE OF NON EXEMPT PROPERTY OF THE ESTATE AND MEMORANDUM
OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

The *Trustee's Motion for an Order Authoring the Sale of Non Exempt Property of the
Estate* (the "Motion") came before the Court for consideration on February 10, 2011, a United
States Bankruptcy Jude presiding.  Timothy S. Cory of Timothy S. Cory & Associates appeared
on behalf of William A. Leonard, Jr., Trustee.

/ / /

/ / /

- 8 -

1    The Court, having reviewed the Motion, the related notice (the "Notice") and other

2    pleadings filed in connection with this matter, having heard the statements of counsel, having

3    determined that good and sufficient cause exists for the Motion, and having entered findings of

4    fact and conclusions of law on the record, which are incorporated herein by reference, it is

5    hereby:

6    ORDERED that the Trustee's Motion for an Order Authoring the Sale of Non Exempt Property

7    of the Estate is hereby GRANTED.

8      Trustee is authorized to sell:

9
FN HERSTAL FNH 5.7X28 CAL PISTOL
10   FN HERSTAL FNH 5.7X28 CAL PISTOL
HK USP 9MM PISTOL
11   DESERT EAGLE 50CAL PISTOL
GLOCK 27 40CAL PISTOL
12   WALTHER PPK/S 380 CAL PISTOL
S&W MODEL 18-7 357MAG REVOLVER
13   GLOCK 20 10MM PISTOL
GLOCK 29 10MM PISTOL
14   GLOCK 21 45CAL PISTOL
GLOCK 30 45CAL PISTOL
15   GLOCK 26 9MM PISTOL
GLOCK 36 45 CAL PISTOL
16   COLT M1991A1 45CAL PISTOL
BERETTA 92FS 9MM PISTOL
17   BERETTA 950 25CAL PISTOL
GERMAN 380CAL PISTOL
18   KELTEC 223CAL PLR-14 PISTOL
INGRAM MAC-10 9MM FULL AUTO PISTOL
19   INGRAM MAC-10 9MM FULL AUTO PISTOL
MOSSBERT 590 12GA SHOTGUN 14"BARREL CLASSIII
20   BOWERS CAC9 9MM SUPPRESSOR
BOWERS CAC9 9MM SUPPRESSOR
21   1981 Chevrolet Pick-up
1989 Chevrolet Corvette
22   2000 Harley Davidson Fatboy
2007 GMC Denali (non exempt portion)
23
for the total amount of THIRTY THOUSAND AND 00/100 DOLLARS ($30,000.00.)
24
25   Debtor/Buyer, shall be responsible to indemnify for and arrange for preparation of all documents

26   necessary for the transfer of interest.

27   / / /

28

1

2    IT IS FURTHER ORDERED that Trustee William A. Leonard, Jr., may have the power and

3    authority to sign any other documents deemed necessary to consummate said  settlement.

4    Respectfully submitted by:

5

6    */s/ Timothy S. Cory*
     Timothy S. Cory, Esq.
7    Timothy S. Cory & Associates

8

9

10                                          ###

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTACHMENT "A"

```
FN HERSTAL FNH 5.7X28CAL PISTOL 386104057................................................... 425.00
FN HERSTAL FNH 5.7X28CAL PISTOL 386104068................................................... 425.00
COLT 25TH ANNIVERSARY 45CAL PISTOL LVMPO3694 ........................................ 500.00
HK USP 9MM PISTOL 243741................................................................................. 425.00
DESERT EAGLE 50CAL PISTOL 32203344 ............................................................ 700.00
GLOCK 27 40CAL PISTOL GBB921US...................................................................... 375.00
WALTHER PPK/S 380CAL PISTOL S146472............................................................. 285.00
S&W MODEL 18-7 357MAG REVOLVER BSC4212 .................................................. 225.00
GLOCK 20 10MM PISTOL DDM234US........................................................................ 400.00
GLOCK 29 10MM PISTOL CDH914US........................................................................ 400.00
GLOCK 21 45CAL PISTOL BCT841US........................................................................ 400.00
GLOCK 30 45CAL PISTOL CDM995US....................................................................... 400.00
GLOCK 26 9MM PISTOL BSX288US.......................................................................... 400.00
GLOCK 36 45CALPISTOL FR4966 ............................................................................. 400.00
COLT M1991A1 45CAL PISTOL CUD6300 ................................................................ 375.00
BERETTA 92FS 9MM PISTOL SER109478................................................................. 400.00
BERETTA 950 25CAL PISTOL BER80770V ............................................................... 120.00
GERMAN 380CAL PISTOL 98937............................................................................... 60.00
KELTEC .223CAL PLR-14 PISTOL P1M12.................................................................. 450.00
INGRAM MAC-10 9MM FULL AUTO PISTOL A6941657 ........................................ 2,200.00
INGRAM MAC-10 9MM FULL AUTO PISTOL A6041656 ........................................ 2,200.00
THOMPSON AUTO ORDNANCE CORP NAVY 1928 45CAL SUB-MACHINE GUN 13685....... 10,500.00
MOSSBERG 590 12GA SHOTGUN 14" BARREL CLASSI11........................................ 300.00
BOWERS CAC9 9MM SUPPRESSOR............................................................................ 450.00
BOWERS CAC9 9MM SUPPRESSOR............................................................................ 450.00


TOTAL .......................................................................................................$23,265.00
```



EXHIBIT  A

# VEHICLE APPRAISAL

## February _9_ 2010

REGISTERED OWNER: _Michael McDonald_

YEAR & MAKE: _1981 Chevrolet P/U_

VEHICLE ID#: _1GCEK14H9BZ114289_

OPTIONS: A\C _✓_ AM-FM _✓_ TAPE _✓_ CD PLAYER___ CRUISE CONTROL___ 4X4 _✓_ MANUAL TRANS___

POWER WINDOW___ POWER LOCKS___ POWER SEAT___ TILT WHEEL___ LEATHER UPHOLSTERY___

SUN ROOF___ CONVERTIBLE___ T-TOPS___ EXTENDED CAB___ CUSTOM WHEELS _✓_ ABS___

MILEAGE: _116,154_ LOW___ NORMAL___ HIGH _✓_ EXTREME___

MECHANICAL          GOOD___ FAIR _✓_ POOR___

PAINT:              GOOD _✓_ FAIR___ POOR___

UPHOLSTERY:         GOOD _✓_ FAIR___ POOR___

BODY:               GOOD _✓_ FAIR___ POOR___

OVER ALL CONDITION  GOOD___ FAIR _✓_ POOR___ SALVAGE___

COMMENTS:_____

KELLY BLUE BOOK BASE WHOLESALE PRICE: $4,500⁰⁰

AUCTION VALUE BASED ON PREVIOUS SALES: $3,100⁰⁰

DANIEL C. WATSON

_Daniel c Wat_

DWDW, INC.
4458 DALZELL COURT
LAS VEGAS, NV. 89120
(702) 768-6966

APPRAISAL FEE: $25.00 _✓_ $40.00___ PAID

# VEHICLE APPRAISAL

## February _9_ 2010

REGISTERED OWNER: Michael McDonald

YEAR & MAKE: 1989 Chevrolet Corvette

VEHICLE ID#: 1G1YY3182K5102514

OPTIONS: A\C ✓ AM-FM ✓ TAPE ✓ CD PLAYER___ CRUISE CONTROL ✓ 4X4___ MANUAL TRANS___
POWER WINDOW ✓ POWER LOCKS ✓ POWER SEAT ✓ TILT WHEEL ✓ LEATHER UPHOLSTERY ✓
SUN ROOF___ CONVERTIBLE ✓ T-TOPS___ EXTENDED CAB___ CUSTOM WHEELS___ ABS___

MILEAGE: 107,517 ___ LOW___ NORMAL___ HIGH ✓ EXTREME___

| | | | |
|---|---|---|---|
| MECHANICAL | GOOD___ | FAIR___ | POOR ✓ ___ |
| PAINT: | GOOD___ | FAIR ✓ | POOR___ |
| UPHOLSTERY: | GOOD___ | FAIR ✓ | POOR___ |
| BODY: | GOOD ✓ | FAIR___ | POOR___ |
| OVER ALL CONDITION | GOOD___ | FAIR ✓ | POOR___ SALVAGE___ |

COMMENTS: Needs new soft top and electrical Repairs

KELLY BLUE BOOK BASE WHOLESALE PRICE: $8,700.00

AUCTION VALUE BASED ON PREVIOUS SALES: $4,700.00

DANIEL C. WATSON

Daniel C. Wat

DWDW, INC.
4458 DALZELL COURT
LAS VEGAS, NV. 89120
(702) 768-6966

APPRAISAL FEE: $25.00 ✓ $40.00___ PAID

# VEHICLE APPRAISAL

## February _9_ 2010

REGISTERED OWNER: _Michael McDonald_

YEAR & MAKE: _2000 Harley Davidson FaTBoy M/C_

VEHICLE ID#: _1HD1 BMY12 YY672591_

OPTIONS:A\C___ AM-FM___ TAPE___ CD PLAYER___CRUISE CONTROL___ 4X4___ MANUAL TRANS___

   POWER WINDOW___ POWER LOCKS___ POWER SEAT___ TILT WHEEL___ LEATHER UPHOLSTERY___

   SUN ROOF___ CONVERTIBLE___ T-TOPS___ EXTENDED CAB___ CUSTOM WHEELS___ ABS___

MILEAGE: _2-355_ LOW _✓_ NORMAL____ HIGH____ EXTREME____

MECHANICAL           GOOD___ ✓FAIR____ POOR____

PAINT:                   GOOD___ ✓FAIR____ POOR____

UPHOLSTERY:           GOOD___ ✓FAIR____ POOR____

BODY:                   GOOD_✓_ FAIR____ POOR____

OVER ALL CONDITION     GOOD_✓_ FAIR____ POOR____ SALVAGE____

COMMENTS:_____

KELLY BLUE BOOK BASE WHOLESALE PRICE: $_8,800 ⁰⁰_

AUCTION VALUE BASED ON PREVIOUS SALES: $_7,800 ⁰⁰_

DANIEL C. WATSON

_Daniel C Wats_

DWDW, INC.
4458 DALZELL COURT
LAS VEGAS, NV. 89120
(702) 768-6966

APPRAISAL FEE: $25.00 _✓_ $40.00___ PAID

# VEHICLE APPRAISAL

## February __9__ 2010

REGISTERED OWNER: _Michael McDonald_

YEAR & MAKE: _2007 GMC Denali_

VEHICLE ID#: _1 G K F K 6 6 8 0 7 J I 9 9 5 5 4 7_

OPTIONS: A\C __ ✓AM-FM ✓ TAPE __ CD PLAYER ✓ CRUISE CONTROL ✓ 4X4 ✓ MANUAL TRANS __

POWER WINDOW ✓ POWER LOCKS ✓ POWER SEAT ✓ TILT WHEEL ✓ LEATHER UPHOLSTERY ✓

SUN ROOF ✓ CONVERTIBLE __ T-TOPS __ EXTENDED CAB __ CUSTOM WHEELS ✓ ABS ✓

MILEAGE: _39,921_ ___ LOW ✓ NORMAL ____ HIGH ____ EXTREME ____

MECHANICAL           GOOD __ ✓ FAIR ____ POOR ____

PAINT:               GOOD ✓ FAIR ____ POOR ____

UPHOLSTERY:          GOOD ✓ FAIR ____ POOR ____

BODY:                GOOD ✓ FAIR ____ POOR ____

OVER ALL CONDITION   GOOD ✓ FAIR ____ POOR ____ SALVAGE ____

COMMENTS: _____

KELLY BLUE BOOK BASE WHOLESALE PRICE: $30,900 ⁰⁰

AUCTION VALUE BASED ON PREVIOUS SALES: $24,000 ⁰⁰

DANIEL C. WATSON

_Daniel C. Watson_

DWDW, INC.
4458 DALZELL COURT
LAS VEGAS, NV. 89120
(702) 768-6966

APPRAISAL FEE: $25.00 ✓ $40.00 ____ PAID

B6C (Official Form 6C) (12/07)

In re    **MICHAEL JAMES MCDONALD**                              Case No.    **09-19000-LBR**
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:                 ■ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                 $136,875.
□ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**HOME-2520 PINTO LANES, Las Vegas NV - (1ST & 2ND MORTGAGE)** | Nev. Rev. Stat. § 21.090(1)(m) | 500,000.00 | 500,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>**WELLS FARGO-CHECKING** | Nev. Rev. Stat. § 21.090(1)(g) | 100.50 | 134.00 |
| **BANK OF AMERICA-CHECKING** | Nev. Rev. Stat. § 21.090(1)(g) | 1,575.00 | 2,100.00 |
| **NEV. FED. C.U.** | Nev. Rev. Stat. § 21.090(1)(g) | 246.75 | 329.00 |
| **Household Goods and Furnishings**<br>**HOUSEHOLD GOODS** | Nev. Rev. Stat. § 21.090(1)(b) | 2,000.00 | 2,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>**USED FAMILY PHOTOS AND ALBUMS, USED CD'S AND DVDS** | Nev. Rev. Stat. § 21.090(1)(a) | 200.00 | 200.00 |
| **Wearing Apparel**<br>**WEARING APPAREL** | Nev. Rev. Stat. § 21.090(1)(b) | 2,000.00 | 2,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>**COLT 25TH ANNIVERSARY 45 CAL PISTOL LVMPO3694** | Nev. Rev. Stat. § 21.090(1)(a) | 500.00 | 500.00 |
| **THOMPSON AUTO ORDNANCE CORP NAVY 1928 45CAL SUB-MACHINE GUN 13685** | Nev. Rev. Stat. § 21.090(1)(i) | 10,500.00 | 10,500.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**2007 GMC DENALI** | Nev. Rev. Stat. § 21.090(1)(f)<br>Nev. Rev. Stat. § 21.090(1)(z) | 15,000.00<br>1,000.00 | 24,000.00 |

EXHIBIT